UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,        )  CASE NO. MJ 08-455
                                 )
    Plaintiff,                   )
                                 )
    v.                           )
                                 )  DETENTION ORDER
PAUL THOMAS JOHNSTON,            )
                                 )
    Defendant.                   )
_____)

<u>Offense charged</u>:     Wire Fraud

<u>Date of Detention Hearing</u>:     October 10, 2008

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)    Defendant is a citizen of England. He has resided in the Seattle area since 2003. His wife is a citizen of Singapore. They have two children. Other than his wife and children, he

has no ties to this District.

(2) Defendant is accused of devising a sophisticated financial scheme to commit wire fraud, allegedly involving very substantial funds. Despite being paid a substantial salary and bonuses since 2003, defendant reports essentially no net worth. The AUSA proffers a wire transfer by the defendant to company accounts in Malaysia and Singapore in the approximate amount of $9.6 million. The disposition of the funds is currently being investigated by the company and has not yet been verified.

(3) Defendant poses a risk of nonappearance due to limited ties to the United States or this District, the loss of employment, income and perhaps his residence, close familial ties to other countries, and the possibility of secreted assets that might be available to the defendant to effectuate relocation to another country.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is

01         confined shall deliver the defendant to a United States Marshal for the purpose of

02         an appearance in connection with a court proceeding; and

03 (4)     The clerk shall direct copies of this Order to counsel for the United States, to

04         counsel for the defendant, to the United States Marshal, and to the United States

05         Pretrial Services Officer.

06 DATED this 10th day of October, 2008.

07

08                           Mary Alice Theiler
                             United States Magistrate Judge

DETENTION ORDER                                     15.13
18 U.S.C. § 3142(i)                                  Rev. 1/91
PAGE 3